UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF DEREK WILLIAMS JR.,
by SHARDAY ROSE, Special Administrator; and
TANIJAH WILLIAMS, DEREK WILLIAMS III, and
TALIYAH S. WILLIAMS, minors by their mother
and guardian SHARDAY ROSE,

                     Plaintiffs,

v.                                                                                                 Case No. 16-C-869

CITY OF MILWAUKEE, and Milwaukee Police
Officers JEFFREY CLINE, RICHARD TICCIONI,
PATRICK COE, JASON BLEICHWEHL,
ROBERT THIEL, TODD KAUL,
ZACHARY THOMS, GREGORY KUSPA,
CRAIG THIMM, CHAD BOYACK, and
DAVID LETTEER,

                     Defendants.

## MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT

Defendants, by their attorney, Grant F. Langley, City Attorney, by Susan E. Lappen, Assistant City Attorney, move the Court, pursuant to Rule 56, Fed. R. Civ. P., for summary judgment in their favor, dismissing all claims raised in this action on the grounds that there is no genuine issue as to any material fact in regard thereto, and that said defendants are entitled to such dismissal as a matter of law. This motion is based upon the supporting brief and materials attached thereto.

Dated at the City of Milwaukee, this 24th day of April, 2017.

                                            GRANT F. LANGLEY
                                            Milwaukee City Attorney

                                            s/Susan E. Lappen_____
                                            SUSAN E. LAPPEN
                                            Assistant City Attorney
                                            State Bar No. 01003567
                                            800 City Hall
                                            200 East Wells Street
                                            Milwaukee, WI  53202
                                            (414) 286-2601
                                            Email:  slappe@milwaukee.gov
                                            Attorneys for the Defendants

1032-2016-1482/238202