# EXHIBIT 35

**Poulos Inquest Testimony**

STATE OF WISCONSIN : CIRCUIT COURT : MILWAUKEE COUNTY
                        BRANCH 27
_____

In Re Inquest into the Death of
DEREK WILLIAMS,


                        Case No. 12JD0027



_____




                    FEBRUARY 11, 2013

                HONORABLE KEVIN E. MARTENS
                    Presiding Judge







APPEARANCES:

            ATTORNEY JOHN FRANKE, Assigned as Special
Prosecutor, appeared on behalf of the State.









            Kelly Janowski – Court Reporter

                            1

```
 1        and nothing but the truth so help you God?

 2                       THE WITNESS:  Yes.

 3                       THE CLERK:  Please, be seated.  I

 4        need you to state your name and then, please, spell

 5        your first and last for the record.

 6                       THE WITNESS:  My name is Christopher

 7        Poulos, C-h-r-i-s-t-o-p-h-e-r.  Poulos is spelled,

 8        P-o-u-l-o-s.

 9                       THE COURT:  All right.  Mr. Franke.

10                       EXAMINATION

11   BY ATTORNEY FRANKE:

12   Q.   Sir, how are you presently employed?

13   A.   I'm currently employed at the Maricopa County

14        Medical Examiner's Office.

15   Q.   Say the name of the county again and what state

16        it's located in.

17   A.   Maricopa.  That is in Phoenix, Arizona.

18   Q.   What is your position there?

19   A.   I'm a medical examiner.

20   Q.   What position did you hold before the one you have

21        now?

22   A.   I was an assistant medical examiner for Milwaukee

23        County Medical Examiner's Office.

24   Q.   And how long did you work in that capacity?

25   A.   Approximately five and a half years.
```

64

1      I'll hand you 231 through 245.

 2                      Can you identify what these

 3      autopsies (sic) are and what they show generally?

 4      We'll put them up on the screen.  But can you just

 5      tell us generally what they show and what their

 6      purpose is?

 7   A. These are photographs of external injuries taken

 8      during the course of Derek Williams' autopsy in an

 9      attempt to document these injuries.

10   Q. Exhibit 231.  I'm going to put that on the screen

11      as a close up of what you have.  It's more of a

12      close up picture than the actual exhibit.  What

13      does that show?

14   A. That is a photograph of an abrasion of the left

15      side of Mr. Williams' neck.  An abrasion can be

16      described as a scraping type injury.  It is not a

17      sharp injury.  It is a blunt injury.  The skinned

18      knee would be an example of an abrasion.

19   Q. Is this different than a bruise?

20   A. Yes.  A bruise is also medically referred to as a

21      contusion.  That is again a blunt force injury, but

22      a bruise is a small amount of hemorrhage beneath

23      the skin.

24                      This is, for example, what you

25      receive when you, you know, bump your leg against

                              87

1    the desk while you're working during the day or
2    something like that.
3  Q.  Are you able to tell from the photograph or perhaps
4    when you're actually examining the body back at the
5    time of the autopsy whether this is a fresh
6    laceration or abrasion or something older?
7  A.  To some extent with a degree of healing, we can.
8    But a precise time scale, we cannot place on those
9    as to a matter of how many minutes, how many hours.
10    No, we can not.
11  Q.  But the picture that we are looking at now, are you
12    able to tell does this show an abrasion that might
13    be weeks old or less than that or is there no way
14    to tell?
15  A.  It appears to me to be less than weeks old.
16  Q.  Beyond that, are you able to say whether it was
17    something that happened --
18  A.  Again, it appears to be recent.  However, a precise
19    time line is not something that anyone can give
20    you.
21  Q.  Exhibit 232 is next in the group that you have.
22    Can you tell us what this shows?
23  A.  This appears to be the back of Mr. Williams' left
24    hand.  In this picture, I can see what appears to
25    be a healing abrasion on the back of the thumb; and

88

```
 1        that's about all I can see in this picture at the
 2        angle that it is at.
 3   Q.   If you don't understand this question, let me know.
 4        I'm trying to figure out how to frame it.  But do
 5        abrasions and cuts and lacerations heal or resolve
 6        differently after death than they do for a person
 7        who continues to be alive?
 8   A.   They do not typically heal after death.  There
 9        would be some postmortem changes such as drying
10        which makes them appear differently but no healing
11        occurs after death.
12   Q.   But do they look differently?  I'm trying to
13        compare a person who has a wound or abrasion or a
14        cut like this a day later or two hours later
15        compare how it looks on a living person to someone
16        who passed away about the time that the injury
17        occurred.
18   A.   Typically if somebody has been alive, there will be
19        evidence of healing.  There will be scab formation.
20        There will be potential depending on the amount of
21        time, you know, growth of new skin, you know,
22        healing of skin from the margins, et cetera, et
23        cetera.
24                    On a dead person, this isn't going
25        to occur.  There may be visual changes caused by
```

89

```
 1          drying, et cetera; but there will be no healing

 2          per se.

 3   Q.     Are you able to tell whether a wound like this on

 4          someone who has been -- has passed away about eight

 5          hours earlier is a recent wound?  Or could it be an

 6          older wound?

 7   A.     Generally, I can tell within reason if they are

 8          recent.

 9   Q.     I move the picture up a little to show a tag here.

10          Can you briefly explain what that tag begins, "ME"

11          is about?

12   A.     The tag gives the case number.  That is the number

13          which is the case that we are investigating.  It

14          also provides a scale to allow us to later show the

15          size of the injuries.  It also allows us with the

16          case number to keep -- to know which case these

17          pictures came from should there be some mix up.

18   Q.     Moving to 233.  Can you tell us what that shows?

19   A.     This appears to be Mr. Williams' elbow.  There is

20          an abrasion or scrape of his elbow.

21   Q.     Now, 234.  Can you tell us what that shows?

22   A.     234 shows an abrasion on the back part of

23          Mr. Williams' wrist.  It also shows two parallel

24          defects of the skin that do not show any bleeding

25          or reaction.  These to me look most consistent with
```

90

1      some sort of a postmortem event because there is no

2      bleeding or reaction to them.

3  Q.  I'm going to jump to 236.  Can you tell us what

4      this shows?

5  A.  This is a photograph of the left side of

6      Mr. Williams' chest.  What we are looking at here

7      are abrasions or scrapes in the skin.  Also the

8      large rectangular outline you see there is from a

9      adhesive from a defibrillator pad from

10     resuscitative efforts.

11 Q.  Are you able to tell whether these wounds are

12     recent or old or not?

13 A.  They appear to be recent.  However, as I indicated,

14     the exact hour or minute which they occur I cannot

15     tell you.

16 Q.  Did you make any effort to determine how these

17     typical injuries that we are looking at now

18     occurred?

19 A.  An abrasion as I stated occurs from a scrape.  And

20     as you alluded to in your discussion, there was

21     speculation that these might have occurred by

22     scraping against various objects such as what

23     removed his T-shirt.

24              However, a specific cause, no, we

25     cannot determine a specific cause.  There is

91

1    speculation that this type of scraping may cause

2    it.  But all we can say in the end is it's

3    something scraping against the upper layers of the

4    skin and removing a portion of that is what caused

5    these.

6  Q.  Let's jump to 238.  Can you tell us what that

7    shows?

8  A.  This is again appears to be an abrasion of the

9    shin.  Again, this is a scraping type injury.  This

10   appears to be recent with the previous caveats I've

11   discussed.

12           The exact cause of this scraping

13   injury I cannot tell you.  However, there -- As

14   Mr. Franke alluded, there are many possible causes

15   along the course of his flight that could have led

16   to such an abrasion.

17 Q.  I'm skipping over some that are just close ups of

18   the injuries you've already discussed because I'm

19   able to do it with this technology, my own close

20   ups.  I'm now showing you 240.  Can you skip to

21   that one?

22 A.  Yes.  I have it.

23 Q.  What does that show?

24 A.  This, again, appears to be an abrasion on the back

25   surface of Mr. Williams' foot.  Again, though

92

1    specific cause cannot be ascribed.  The fact that

2    he appeared to have been running without shoes led

3    to speculation as to what might this have been

4    caused by.  However, I cannot give you a precise

5    cause.

6  Q.  What does 241 show?

7  A.  This appears to be a picture of Mr. Williams' denim

8      shorts with the cloth -- with the previously

9      described cloth belt.  There are tears in the

10     shorts.

11 Q.  I'm going to put 242 up.  Do you have that in front

12     of you?

13 A.  Yes.

14 Q.  Are you able to tell where that is located on the

15     body?  Or would you need more?

16 A.  I would probably need more of that photograph to

17     tell me.

18 Q.  Well, I'll put it on the screen.  What does that --

19     What kind of a wound or injury does that show?

20 A.  Again, that appears to be another abrasion or

21     scrape of the skin.

22 Q.  Exhibit 243.

23 A.  This appears to be the bottom of Mr. Williams'

24     right foot.  Again, here we have a defect or tear

25     in the skin most consistent with as I described --

93

1      Let's see how I -- It looks like an abraded or

2      lacerated type injury.

3                    To me, it looked like the skin was

4      torn off of a blister on the foot or there was some

5      other type of tear or abrasion during the course of

6      running.

7  Q.   Look at 244.  What does that show?

8  A.   This is the opposite foot.  Again, with the same

9      tear of the surface of the skin.  This is kind of

10     an injunction between a laceration which is a tear

11     and abrasion which is rubbing away of the surface

12     of the skin.  This is sort in between if you go up

13     the bottom of his foot.  Again, most likely caused

14     by running.

15 Q.   You mentioned petechia earlier.  Look at photograph

16     245.  Is this photograph showing something that is

17     related to that concept?

18 A.   Right.  Petechia are often seen in cases of

19     asphyxial deaths such as mechanical asphyxiation or

20     strangulation, et cetera.  The point here is that

21     they are small hemorrhages and blood vessels that

22     often occur during these events.

23                    The important part here is that they

24     weren't there.  And by taking these pictures, I was

25     documenting they weren't there.  Autopsy

1     photographs are taken both to document what is

2     there and what is not there.

3  Q.  Would you skip to Exhibit 247.

4  A.  I do not have that exhibit, sir.

5  Q.  I'm going to show you Exhibits 246 and 247.  I'm

6     not going to display 246.  But what does that

7     show?

8  A.  246 is a photograph of Mr. Williams' back prior to

9     being dissected.  The importance of this image is

10    there's very little external trauma visible in this

11    picture.

12 Q.  After doing your external examination -- Let's put

13    those exhibits aside and finish with the external

14    examination.

15             THE COURT:  I just -- Let know me

16    when you come back to 246.  I want to give a

17    reminder.

18             ATTORNEY FRANKE:  I will.

19 Q.  Based on your external examination, was there any

20    evidence of significant bruising that would suggest

21    that Mr. Williams was kicked or beaten prior to his

22    death?

23 A.  There were some small bruises.  However, in the

24    course of my practice, I have seen cases where

25    people have been beaten to death.

95

```
 1                    In external examination, there did
 2          not appear to be any significant bruises which
 3          would be expected of somebody having been beaten to
 4          death.
 5                    However, sometimes people can
 6          sustain very significant internal trauma without a
 7          good deal of external trauma.  That is why in cases
 8          such as in custody deaths where we wish to further
 9          rule out trauma often incisions are made in the
10          skin along the back areas of the body in addition
11          to our normal autopsy procedures to look for areas
12          of injury that might be missed purely by an
13          external examination.
14   Q.     Staying with the external examination, did you find
15          any evidence of hog-tying?
16   A.     I have not personally performed an autopsy in a
17          case where somebody was hog-tied.  I did find
18          evidence that I believe was linked to handcuffs.
19          However, I did not see, for example, rope burns or
20          something that you might see in a case of, quote,
21          hog-tying.  Could I completely rule that out?  No.
22          But I saw no evidence of such thing having taken
23          place.
24   Q.     What is your understanding of what hog-tying
25          means?
```

```
 1   A.   Hog-tying I believe would be tying behind the

 2        individual the hands to the feet.

 3   Q.   And did you say you did not find any evidence of

 4        that or any --

 5   A.   I found evidence of handcuffed placement.  However,

 6        I did not find rope burns or any definitive

 7        evidence that would lead me to believe that

 8        Mr. Williams had been, quote, hog-tied.

 9   Q.   Have you had experience observing marks left after

10        someone has been tasered or a taser is used on a

11        person?

12   A.   Yes.  I have seen the marks left when an individual

13        has been tased.

14   Q.   Can you estimate how many times?

15   A.   Probably once.

16   Q.   Is that something you have any training in?

17   A.   Yes.  We -- I have both seen this personally; and

18        through the course of our case discussions and

19        through the course of our lecture series, we do

20        have actually lectures been repeated a couple of

21        times on the evidence left by tasers where we have

22        seen photographs of the tasered individuals and

23        what wounds would look like.

24   Q.   Did you see anything in the examination of Derek

25        Williams that suggested to you that a taser had
```

97

1     been used?

2  A.  No.  I saw none of the typical needle like marks

3     caused by the taser bars that one would expect in a

4     case of tasering.

5  Q.  Aside from the external examination for bruises, do

6     you do anything else to determine if there has been

7     bruising that just doesn't show up externally?

8  A.  Yes.  During the course of an autopsy obviously

9     examine the body cavities.  Also during the course

10     of any body examination, any autopsy, we do reflect

11     the scalp or pull the skin back from the scalp,

12     look for evidence of hemorrhage beneath the scalp.

13          Often we will also reflect the skin,

14     the back of the skin of the extremities in the back

15     to make sure there is no -- there are no

16     hemorrhaging beneath the skin which may be

17     difficult to see in some individuals.

18  Q.  What do you mean by the term, "Reflecting"?

19  A.  Reflecting essentially means dissecting away the

20     skin from the other tissues so that the

21     subcutaneous tissue beneath the skin, the fat and

22     musculature is exposed so that we can see a bruise

23     that might not ordinarily be visible.

24  Q.  In examining Derek, did you find any evidence of

25     bruising?

98

```
 1   A.   I found two small areas of bruising.  One was

 2        approximately a three-quarter by one half inch.  So

 3        approximately this size of bruising on the lower

 4        part of the back.  The other was about a quarter

 5        inch area of hemorrhage on the left elbow about

 6        this big.

 7   Q.   What does Exhibit 247 indicate?

 8   A.   247 shows a small area of bruising of Mr. Williams'

 9        back.

10   Q.   And this is a photograph that has the skin

11        reflected or opened?

12   A.   Yes, sir.

13                ATTORNEY FRANKE:  Your Honor, I'm

14        going to show this.

15                THE COURT:  This is a photograph

16        that, again, may be disturbing to some.  So,

17        please, if anybody feels that you are going to have

18        difficulty viewing this, I ask you to please step

19        outside.  This may be difficult to see.

20                ATTORNEY FRANKE:

21   Q.   Doctor, tell us again what this exhibit shows.

22   A.   This, again, shows a portion of the skin reflected

23        back from Mr. Williams back.  This shows a smaller

24        area of hemorrhage.  That's the dark area

25        approximately three quarters of an inch in greatest
```

99

```
 1        dimension on the lumbar or this portion as a motion
 2        to the lower portion of my back area of his back.
 3   Q.   Is this the largest of the two bruises you found?
 4   A.   Correct, sir.  There was also a bruise that was
 5        externally visible on the back of one of
 6        Mr. Williams' hands that I believe the report
 7        alludes to.  This is the largest found while
 8        reflecting the skin.
 9   Q.   Are you able to describe generally based on your
10        knowledge what might cause a bruise like this?
11   A.   Any form of bump or impact can cause a bruise such
12        as that nature.  It can be caused by banging your
13        knee into something, falling backwards against
14        something, having something brought with a degree
15        of force into that area of the body.
16                    There are many, many causes.  I
17        think any member of the jury can imagine a
18        multitude of causes that can result in a bruise.
19   Q.   Do you have knowledge as to the amount of force
20        that would be needed to cause a bruise of this
21        nature?
22   A.   Not specifically, sir.
23   Q.   Does this take a tremendous amount of force to do
24        this?
25   A.   No, it does not.
```

```
 1   Q.    Would it possibly be consistent with an officer

 2         putting someone on the ground on their stomach and

 3         putting a knee on that part of the back?

 4   A.    It could be.

 5   Q.    Would it take a great deal of force from the knee

 6         to cause this?

 7   A.    Not necessarily.

 8   Q.    Could it also be consistent with a person backing

 9         into a wooden fence of some sort?

10   A.    Yes.

11   Q.    What other internal examination of Derek did you

12         proceed to do?

13   A.    Let me look at one thing to confirm it here.  But

14         during the additional external examination -- The

15         additional internal examination we do examine all

16         of the extremities in a similar way to which you

17         saw to the back to look for evidence of injury

18         there.

19                   Then we turn our attention to the

20         internal body cavities.  We open them.  We look for

21         evidence of injuries such as hemorrhage.

22                   We then remove the chest plate.  We

23         look at the heart, the lungs, liver, spleen,

24         pancreas, stomach, kidneys, adrenal glands.

25                   We also do what's called an anterior
```

1   Q.   Did you get a toxicology report?

2   A.   Yes, I did.

3   Q.   And did that indicate or help in determining a

4        cause of death?

5   A.   No.  To the best of my recollection, it only showed

6        tetrahydrocannibanols, some marijuana, which I did

7        not factor in to determining the cause of death as

8        I'm really unfamiliar with any cases of that

9        leading to an overdose type death.

10  Q.   What happened next?

11  A.   The next step was that I looked at the microscopic

12       slides from Mr. Williams, and these microscopic

13       slides to me were very telling.

14  Q.   Do you remember how long after the autopsy you got

15       the microscopic slides back?

16  A.   No, sir.

17  Q.   What do you recall when you got them and looked at

18       them?

19  A.   When I got them and looked at them, what I recall

20       were there were numerous vessels that particularly

21       in the lungs and other areas of the body that were

22       distended by clumps or thrombi of sickled cells.

23                  Not only were the cells sickled or

24       entered abnormal confirmation or abnormal shape of

25       the cell rather than the regular disk shape of a

110

```
 1     red blood cell, they entered basically the shape of

 2     a crescent moon or sickle.  Not only were they

 3     sickled, but they were hacking in thrombi in

 4     distending vessels.

 5               Now, where some may argue that the

 6     red blood cells can sickle as a result of just

 7     being exposed for affixatives, there are others who

 8     say that isn't always the case.

 9               Further, where somebody who is

10     dying, for example, if I were -- had sickle cell

11     trait or sickle cell anemia or dying of a cause

12     such as asthma where I become hypoxic some of my

13     cells would sickle.

14               In this case, there were large

15     conglomerates or groups or clumps of these cells

16     that were actually distending the vas which

17     actually almost appearing to plug the vessels.

18               This in my opinion given also the

19     history of Mr. Williams having had sickle cell

20     trait which I verified by medical records indicated

21     to me that this played a role in Mr. Williams'

22     unfortunate death.

23               What was also -- I also played a

24     role as I did look up articles.  In particular an

25     article by individual by the name Thogmartin who
```

111

STATE OF WISCONSIN : CIRCUIT COURT :   MILWAUKEE COUNTY
                          BRANCH 27

_____

In Re Inquest into the Death of
DEREK WILLIAMS,


                          Case No. 12JD0027



_____




                     FEBRUARY 12, 2013

                 HONORABLE KEVIN E. MARTENS
                      Presiding Judge








APPEARANCES:

            ATTORNEY JOHN FRANKE, Assigned as Special
Prosecutor, appeared on behalf of the State.












                 Kelly Janowski – Court Reporter

                              1

```
 1                    So what I'm going to do now because

 2          we carry over from one day to the next is have the

 3          clerk re-swear the witness and then allow

 4          Mr. Franke to continue his questions.

 5                    CHRISTOPHER POULOS, called as a

 6          witness herein, being first duly sworn, was

 7          examined and testified as follows:

 8                    THE CLERK:  Do you solemnly swear

 9          that the evidence and testimony you give in this

10          inquest concerning the death of the person known as

11          Derek Williams shall be the truth, the whole truth,

12          and nothing but the truth so help you God?

13                    THE WITNESS:  Yes.

14                    THE CLERK:  Please, have a seat.

15          I'll need you to state your name and then, please,

16          spell your first and last for the record.

17                    THE WITNESS:  My name is Christopher

18          Poulos, C-h-r-i-s-t-o-p-h-e-r.  Poulos,

19          P-o-u-l-o-s.

20                    THE COURT:  All right.  Mr. Franke.

21                    EXAMINATION

22     BY ATTORNEY FRANKE:

23     Q.   Dr. Poulos, when we left off yesterday, we were

24          talking about microscopic evidence of sickle cells.

25          The report that we talked about, Exhibit 204, is
```

5

```
 1        National Association of Medical Examiners a

 2        homicide by the terms, death at the hands of

 3        another.

 4   Q.   In your example, did you mean to say the police

 5        officer dies or the suspect?

 6   A.   The police officer dies.

 7   Q.   I understand.  Go ahead.

 8   A.   What I did in this case was I attempted to reverse

 9        the role and basically treat Mr. Williams the same

10        intellectual way as I would treat a police officer

11        in this case.

12                   My first report I stated that the

13        death was natural because I did not believe at the

14        time based on my review of only our secondary

15        sources stating that there was no -- without

16        incident, I stated that this was a natural death.

17                   When it became known to me that

18        there had been more than just a chase and then when

19        he was caught saying, you know, I've been caught,

20        as one might picture on a TV show, when I heard

21        that, you know, there had been some element of

22        restraint used with Mr. Williams when pulling out

23        of the card table, et cetera, I then based on

24        these -- based on the principles which I had

25        written in the original report and with
```

20

```
 1        Dr. Peterson's guidance -- This was not at this

 2        point only me.  He, of course, you know, said,

 3        well, you should have reviewed the police reports

 4        more adequately.  And then he said, this is based

 5        on how you thought of the report what we need to

 6        do.

 7                    At which point in time, I made those

 8        changes to reflect the differences in the

 9        information I now had and referred to it as a

10        homicide.

11   Q.   Going back to the report, the first report Exhibit

12        204, I'll put that back up for the jurors.  Can you

13        look at the screen?  Is this the section of Exhibit

14        204 where you identified manner of death as

15        natural?

16   A.   Yes, sir.

17   Q.   And where it says, "See note," is that referring to

18        the note -- Why don't you tell us what note that's

19        referring to?

20   A.   That's referring to a note on page two of the

21        report.  It's actually page three within the

22        report.  I never quite understood our numbering

23        system.  The note says based on the information --

24   Q.   Hold on, sir.  Let's get this up so we can see it.

25        Is this the note you are referring to?
```

21

```
 1   Q.   And explain what that now shows that wasn't shown
 2        in the first report.
 3   A.   In the first report, I simply stated, "No evidence
 4        of significant internal injuries," stating that I
 5        did not believe that there were injuries on the
 6        internal aspects of the body significant to cause
 7        Mr. Williams' death.
 8                       And by, "Injuries," I'm referring
 9        to, for example, blunt force injuries or stab
10        injuries or gunshot injuries.
11                       In the second report, the injuries
12        were -- that were external injuries that were, you
13        know, were probably not significant, that were
14        definitely not significant to cause death, were
15        actually highlighted and brought to the front.
16        Whereas, they had been previously listed within the
17        report.  These were now brought up to the front and
18        displayed more prominently.
19   Q.   Is it fair to say that all of the blunt force
20        injuries now identified in this introductory
21        section were mentioned in the first report?
22   A.   Yes.  They were mentioned on the first report --
23        And I can give you the page numbers.
24   Q.   We don't need that.
25   A.   Okay.
```

30

```
 1   Q.   Were they mentioned in the same medical terms in

 2        terms of describing the injuries?

 3   A.   Yes, they were, sir.

 4   Q.   And what is your understanding of why they were now

 5        being highlighted?

 6   A.   This was to make them appear -- The first report in

 7        Dr. Peterson's opinion it appeared to him that the

 8        report would give the appearance -- gave the

 9        appearance these were being hidden, that these were

10        not brought to the forefront to hide something.

11                 So he chose and believed it more and

12        believed it important to highlight these injuries

13        so that appearance would not be given.

14   Q.   Did you have any information -- Did you mention

15        earlier to you homicide includes the concept of

16        death at the hands of another?

17   A.   Yes, I mentioned that.

18   Q.   At the time you wrote the second report referring

19        to the blunt force injuries in Section A, did you

20        have any information indicating who might have

21        caused those injuries?

22   A.   In the second report, I cannot tell you who or what

23        caused each of these individual injuries.  For

24        example, we have an individual who was running, per

25        the information I had, through trees, his shirt had
```

31

```
 1          intentionally.  He serves to relay information
 2          between the police office and ourselves.
 3    Q.    He was one of those who witnessed the autopsy
 4          itself on behalf of the police department?
 5    A.    Yes.
 6    Q.    Are you able to come up with a date when you and
 7          Dr. Peterson and Braunreiter would have looked at
 8          the video?
 9    A.    It would be roughly two days after I had signed
10          this report.  So I expect around the 20th, but I
11          can't give you a precise date, sir.
12    Q.    Did you view the again at any later date?
13    A.    On TV in here various times.
14    Q.    Other than media or viewing it in here in
15          connection with this matter, did you have a formal
16          review of the video with anyone?
17    A.    No, I did not.
18    Q.    As you sit here today, do you still have a
19          conclusion as to the cause of death?  We've been
20          talking a lot of about manner of death.  But cause
21          of death.
22    A.    Yes.
23    Q.    Cause of Derek Williams' death?
24    A.    The cause of Derek Williams' death top line in my
25          medical opinion would still be sickle cell crisis.
```

34

```
 1   Q.   Do you hold that opinion to reasonable degree of
 2        medical certainty?
 3   A.   Yes.
 4   Q.   Putting that phrase aside, can you tell us the
 5        degree of certainty you had with respect to that
 6        conclusion?  Is it your view it's more likely than
 7        not; that is, greater than 50 percent, that it
 8        rises to some level of very clear and convincing
 9        evidence or perhaps rises to the level of being
10        almost certain?
11   A.   I would state clear and convincing to almost
12        certain.
13   Q.   Is there a standard that you need to apply before
14        you put down a specific cause of death in your
15        report?  What level do you need in order to say the
16        cause of death was a gunshot wound?
17   A.   The level of certainty required to put the cause of
18        death is more probable than not.  However, in this
19        case, I believe the evidence is at minimum very
20        compelling.  It goes in my opinion beyond more
21        probable than not.
22   Q.   Is the fact that aggregates of sickled cells were
23        found by you in some organs and not others
24        significant in reaching that conclusion?
25   A.   Although some of the authors that I reviewed since
```

35

```
 1        have occurred before death?

 2   A.   Correct.

 3   Q.   You mentioned the authors who have said that it

 4        might have occurred before death.  Is there

 5        anything that you can point to that helps you

 6        decide in this case whether the sickling did, in

 7        fact, occur before death as opposed to just might

 8        have occurred before death?

 9   A.   Well, there's two facts in my opinion.  One is the

10        circumstances.  You have an individual, you know,

11        if you -- Again, referencing the Thogmartin article

12        of 16 cases of people who died of sickle cell trait

13        related crisis that specifically referenced

14        individuals who died after extreme exertion even

15        under normal temperatures.  In two of these cases

16        involved police chases.  So I obviously have to put

17        that factor into mine.

18                  Also upon further review of the

19        information even after I made that decision, there

20        are articles that suggest and even some paragraphs

21        in books that suggest that the aggregates of cells

22        distending the vasculature is more indicative of

23        this happening as in the death process rather than

24        simply as a cause of death rather than simply being

25        a result of death or being a result of our
```

39

```
 1          mechanical or our manipulations of the tissue.

 2    Q.    Can you point to an article that talks about this

 3          distention of vessels as being indicative of

 4          sickling before death as opposed to sickling after

 5          death?

 6    A.    I believe there is a part -- I believe.  I may be

 7          misquoting.  There is some of this in Spitz and

 8          Fisher's textbook of medicine.  There's also some

 9          of such references and I believe in articles by the

10          Author Scheinin.  I believe really is the best

11          pronunciation.

12    Q.    I'm handing you Exhibit 266.  How do you spell the

13          doctor's name that you just mentioned?

14    A.    S-c-h-e-i-n-i-n.

15    Q.    Is Exhibit 266 the article you were referring to?

16    A.    Correct, sir.

17    Q.    It's not a very long article.  Are you able to

18          indicate in there what it is that suggests that

19          there's a way to tell whether sickling of cells

20          occurs before death and might have caused death as

21          opposed to something that occurred as a consequence

22          of death?

23    A.    The reference in this article would be on page 207

24          to the first complete -- to the end of the first

25          complete paragraph of that page.  Do you wish me to
```

40

```
 1        read it?

 2   Q.   Well, what page are you on?

 3   A.   It is page 207.  It would be the first -- the

 4        bottom of the first complete paragraph.

 5   Q.   How does the paragraph begin?

 6   A.   Paragraph begins, "Autopsies in cases of SCT-RAC

 7        are usually nonspecific.  Generalized --

 8   Q.   Slow down, please.  Are you on page 207?

 9   A.   Correct, sir.  It's the first complete paragraph.

10   Q.   I think we have 207.  This is in the second

11        column?

12   A.   Second column, first paragraph.  I apologize.

13   Q.   Is this the start of the paragraph you are

14        referring to?

15   A.   Yes, it is.

16   Q.   You don't need to read the whole paragraph unless

17        it all applies.  What is it in there that helps you

18        to know how to determine whether sickling is

19        pre-mortem or postmortem?

20   A.   I would state right there some authors, followed by

21        one in 19, "Some authors have noted that the

22        packing of distended hepatic sinusoids by dense

23        plugs of sickled erythrocytes is the most reliable

24        indicator of a antemortem process."

25   Q.   Slow down.  Let me -- That says, "Most reliable
```

41

```
 1         indicator of an antemortem."  Meaning after death?
 2    A.   Antemortem is before death.  Postmortem is after
 3         death.
 4    Q.   I'm sorry.  Thank you.  This is a reliable
 5         indicator of before death?
 6    A.   Correct.
 7    Q.   Go ahead.
 8    A.   Similarly -- And, "It's a distention of plugging of
 9         the vasculature of multiple organs, especially the
10         cardiac microvasculature, pooling of the blood
11         around splenic follicles, and phagocytosis of
12         sickled erythrocytes by hepatic Kupffer cells have
13         also been described."
14                   What I looked at specifically was
15         the plugging of the vasculature of multiple organs
16         in this.
17                   Can I also reference another portion
18         of this article while we are at it?
19    Q.   Certainly.
20    A.   If we go to the very last paragraph.
21    Q.   Of the article?
22    A.   Yes.
23    Q.   Go ahead.
24    A.   Very last paragraph of the article stated --
25    Q.   Slow down.  It's not on the screen.  You can read
```

42

1         it.  Just read it slowly.

       2    A.   Okay.  "Eichner states that the sudden collapse and

       3         subsequent death during exertion in a person with

       4         sickle cell trait should be considered a

       5         consequence of sickling until proven otherwise."

       6    Q.   Thank you.  You may have already covered some of

       7         it.  But do you have an opinion as to what caused a

       8         pre-death sickling of cells in Derek Williams?

       9    A.   Well, in the degree to which any part of this could

      10         have played a role, I cannot be medically certain.

      11         I believe given that there have been individuals

      12         who have taken part of races, military training,

      13         basketball, and police foot chases who have died of

      14         sickle cell crisis in the presence of sickle cell

      15         trait, I believe that definitely the foot chase and

      16         the extreme exertion may have played a role.

      17                    Now, additionally there was somewhat

      18         of a struggle with police officers.  The precise --

      19         Obviously, this given an individual who is

      20         predisposed upon exertion to have a sickling event

      21         obviously more exertion is not going to help.

      22                    Further, some individuals would

      23         state that the knee on the back may have -- or knee

      24         on the shoulder would be more correct, not on the

      25         back how they describe in the police report, may

                                       43