# EXHIBIT 40

## Briones Inquest Testimony

```
 1   STATE OF WISCONSIN    : CIRCUIT COURT :   MILWAUKEE COUNTY

 2                         CIVIL DIVISION

 3                          BRANCH 27
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4

 5   IN RE THE INQUEST INTO THE DEATH OF:

 6
     DEREK WILLIAMS              Case No.:  12 JD 000027
 7

 8

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10                       CONTINUED JURY TRIAL
                              PM SESSION
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12

13   February 12, 2013                  BEFORE THE HONORABLE

14                                   JUDGE KEVIN E. MARTENS

15

16

17

     A P P E A R A N C E S:
18

19           ATTORNEY JOHN FRANKE, Attorney at law.

20

21

22

23

24

25   PAULINE GARRY, Official Court Reporter
```

```
 1                    MR. FRANKE:  The State calls Dr. Alice

 2              Briones.

 3                    THE COURT:  Okay.  Please come forward all

 4              the way to the front.

 5                             (Witness sworn.)

 6                    THE CLERK:  Please state your name and spell

 7              your first and last for the record?

 8                    THE WITNESS:  Alice Briones, A-L-I-C-E,

 9              B-R-I-O-N-E-S.

10                    THE CLERK:  Thank you.

11                    THE COURT:  All right.  Can we make sure you

12              speak directly into the microphone.

13                    THE WITNESS:  Yes, sir.

14                    THE COURT:  I think that chair may adjust if

15              you need to either up or down with the lever I

16              think to the left, and then with that,

17              Mr. Franke, you may proceed.

18

19                        ALICE BRIONES,

20    called as a witness herein, having been first duly sworn, was

21    examined and testified as follows:

22

23

24

25
```

```
 1                E X A M I N A T I O N

 2                  BY MR. FRANKE:

 3   Q.   Dr. Briones, how are you currently employed?

 4   A.   I am currently a member of the United States Air Force,

 5        and I work for the Armed Forces Medical Examiner System.

 6   Q.   Where do you work in that capacity?

 7   A.   At Dover Air Force Base, Delaware.

 8   Q.   Were you in court earlier when Dr. Peterson talked about

 9        the Armed Forces Medical Examiner office?

10   A.   Yes, sir.

11   Q.   I don't remember exactly how he characterized it, but is

12        that the same office that you now work for a few years

13        later?

14   A.   Yes, it's been renamed.  It used to be the AFIP, sir.

15   Q.   Say that again?

16   A.   It used to be the Armed Forces Institute of Pathologist,

17        and it has been since renamed.

18   Q.   I'm going to hand you Exhibit 221.  Can you tell us what

19        that is?

20   A.   Yes, sir.  This is my CV or curriculum vitae.

21   Q.   Would you summarize it starting with any involvement that

22        you had with the military, when that started, and how it

23        relates to your work as a medical doctor?

24   A.   Yes.  I joined the military at age 17, joined the Army

25        Reserves, used that to pay for school which I went to the
```

```
 1        that type of thing.
 2   Q.   And clinical generally is what?
 3   A.   Reading -- if people need blood products in the hospital,
 4        hematic pathology, for example, looking at blood smears,
 5        chemistry tests, toxicology, for example.
 6   Q.   The residency -- you mentioned the university, but what
 7        was the university and in what city was it in?
 8   A.   Rochester, New York, it was at Strong Memorial Hospital.
 9   Q.   What did you do after that residency?
10   A.   I did a fellowship in a subspecialty in pathology called
11        forensic pathology.  I did that at the Office of the
12        Medical Investigator in Albuquerque, New Mexico.
13   Q.   How long was that?
14   A.   1 year.
15   Q.   What do you mean by the term forensic pathology?
16   A.   Forensic pathology is the use of pathology in the
17        investigative medical and legal terms to investigate
18        cause and manner of death.
19   Q.   What did you do after Albuquerque?
20   A.   After finishing my fellowship, I moved to Dover,
21        Delaware, where I became active duty air force at Dover
22        Air Force base at the Armed Forces Medical Examiner
23        System as a deputy medical examiner?
24   Q.   Is that what you are doing now?
25   A.   Yes.
```

```
 1    A.    The diagnosis, verifying the diagnosis of the decedent if
 2          they had had that while they were living, either sickle
 3          cell or sickle cell trait or disease, and also being able
 4          to diagnose that in the postmortem interval being able
 5          to --
 6    Q.    Do you know -- I'm sorry, go ahead.
 7    A.    -- to verify that.
 8    Q.    Do you know whether the three cases you had connection to
 9          involved a deceased person with sickle cell disease or
10          sickle cell trait?
11    A.    One case had sickle cell disease, two of the cases had
12          sickle cell trait.
13    Q.    How many medical doctors are employed at the Dover Air
14          Force Base or are connected to the whole Armed Forces
15          Medical Examiners System?
16    A.    Within the office located at Dover, it's 13, but then we
17          also have regional medical examiners throughout the
18          country, and that's another I think about 5 to 8, but
19          actually at the central office it's 13.
20    Q.    Did you conduct a review of some sort of the Derek
21          Williams' autopsy that occurred here in Milwaukee,
22          Wisconsin?
23    A.    Yes.
24    Q.    How did it come about that that matter came to you out in
25          Delaware?
```

1   A.   Our office after we received a request from the FBI. to

2          perform a case consultation for review of the materials

3          that we were presented.

4   Q.   Did you perform an actual autopsy in anyway on Derek

5          Williams?

6   A.   No.

7   Q.   What is it that you did do?

8   A.   I reviewed the materials that were forwarded to us which

9          included an autopsy report, several videos, a report of

10         the hyoid bone, a report -- the slides, the actual

11         microscopic slides from the case, the toxicology reports,

12         and police investigation reports.

13   Q.   Did you also review the video of Derek Williams in the

14         back of a squad car?

15   A.   Yes.

16   Q.   I'll hand you what is Exhibit 209, can you tell us what

17         that is?

18   A.   Yes, Exhibit 209 is the copy of my final case

19         consultation report.

20   Q.   I meant to ask you before we got to the report that you

21         indicated that you were asked by the FBI to do this, do

22         you know how it got to you within the medical examiners

23         office?

24   A.   I was selected to review the case as to do the case

25         consultation.  I do have some interests in some areas of

```
1   Q.   What's the procedure that you followed within your office
2        to conduct the case consultation that's reflected in the
3        report in front of you?
4   A.   With all the case consultations, I do a thorough review
5        of what was presented to us as already having been
6        accomplished.  The initial autopsy report, the revised
7        autopsy report, I went through and looked at the slides
8        to make my own opinions.  I went through all of the
9        investigative information that was given to me including
10       the toxicology and all of the medical records and
11       everything that was given to me and came up with a basic
12       list of what do we need further to come up with
13       conclusions.
14  Q.   What happens next then in terms of your procedure?
15  A.   With a complex case such as this, I would bring all of
16       the materials I had, including my conclusions, and
17       present them to our staff case consensus conference in
18       which all of the medical examiners would be presented
19       from me what I found with this case.
20  Q.   At the time of that conference, did you have some
21       conclusions either final or tentative?
22  A.   Yes.
23  Q.   Tell us about that?
24  A.   At the time of the initial -- the initial case
25       conference, I had a list of questions that would lead us
```

```
 1        to rule in or rule out some things for cause and manner
 2        of death, some of which were then in need for further
 3        medical records, the need for an extended toxicology
 4        report, and we presented those at the conference, and
 5        everybody at the conference agreed that these were some
 6        items that we needed further information on to come up
 7        with some answers.
 8   Q.   Explain what you mean by this conference, and who's
 9        involved in it, and whether it's done in all cases or
10        just some cases?
11   A.   At our office we do have 100 percent QC, but this
12        conference is equivalent to what Dr. Peterson referred to
13        earlier of the basic difficult case conference.
14            When you have a case with a lot of complexity, you
15        would bring it to all the other staff pathologists who
16        would be present with different levels of experience and
17        with difference types of cases, and they would be able to
18        offer expertise or suggestions on ways to approach the
19        case.
20   Q.   How many medical doctors participate in this -- I want to
21        use the right term -- is this a consensus conference?
22   A.   Yes.
23   Q.   How many medical doctors participate in this?
24   A.   Due to the fact that we are high ops with missions on
25        average 9 to 10 docs, because we can never get all 13
```

```
 1         docs usually at the same time in one room, so it's
 2         generally 9 to 10 docs that are present for a case
 3         consensus conference.
 4    Q.   I just want to make sure that the reporter is getting it
 5         and also that we understand some of the terms that you
 6         used, did you say "high ops"?
 7    A.   Yeah, "high ops" in terms of operations tempo, I
 8         apologize.
 9    Q.   What does "high ops" mean or stand for?
10    A.   Just that we may be out of the office short notice to go
11         on a mission within the United -- we can get called the
12         night before to go somewhere for a case the next day, so
13         we may not be in the office when we say -- or the day
14         before we'd be at a meeting, for example.
15    Q.   You travel a lot in connection with your work?
16    A.   Yes.
17    Q.   To what extent when you're working on a cases are bodies
18         brought to you as opposed to you having to go to the
19         body?
20    A.   Bodies from oversees are brought, remains are brought to
21         Dover.  But if a decedent is -- or dies, for example, on
22         location state side, we will go state side to make it
23         easier for them to make arrangements.
24    Q.   We got off on to this because of the phrase high ops, I
25         just wanted to make sure that I'm picturing what it means
```

```
 1          when you're saying high operations.
 2    A.    High tempo I guess or high speed, just being able to go
 3          at the drop of a hat.
 4    Q.    The phrase in your office that you use for this though is
 5          you used the phrase high ops?
 6    A.    High ops tempo is what we use.  I perhaps should have
 7          maybe not use that term, I'm sorry.
 8    Q.    All right.  Back to the consensus conference, do the
 9          people in this conference listen to you, do they review
10          everything themselves, how does it work?
11    A.    They listen to my presentation of the case and the
12          materials that I've reviewed.  We come up with a list of
13          suggestions and questions on where to go to next.
14                In terms of actual materials to review, all pictures
15          are reviewed by all the doctors at the case consensus
16          conference, as are the slides, the pathology slides,
17          microscopic sections.
18    Q.    After this first consensus conference, was there any
19          attempt to reach a decision about the cause of death and
20          manner of death or was it just dealing with the need for
21          more information?
22    A.    It's namely focused on the need for more information to
23          come up with any conclusions.
24    Q.    And tell us again what your tentative conclusions were at
25          that time?
```

```
 1   Q.   And just to finish with this atropine, what's the
 2        significance of that?
 3   A.   Most likely due to a life saving treatment measures,
 4        attempted life saving treatment measures.
 5   Q.   So you have some medical records for Derek Williams, you
 6        got new toxicology reports, where do you go from there?
 7   A.   We did a thorough review of also the police report, and I
 8        re-presented one -- I had all of the information
 9        including the toxicology report to the consensus
10        conference at a later date and re-presented all the
11        information to the same conference.
12   Q.   Let's go back to looking at the slides, the histology, is
13        that something you did before the first consensus
14        conference?
15   A.   Yes, that is.
16   Q.   Indicate how many slides you had and what review you
17        conducted of them?
18   A.   There were nine histology slides reviewed, representing
19        all of the different tissues or organs within the body.
20             I made my review of those and compared my findings
21        in comparison to what was seen by the initial report that
22        we received, and I presented that to -- at the first
23        consensus conference.
24   Q.   When you look at the slides, are you looking at them
25        under a microscope?
```

1    A.   Yes.

2    Q.   And do you actually look through the microscope or are

3         you now looking at them produced on some monitor?

4    A.   We actually look at them on a microscope.  They can be

5         projected, but we look at them through the microscope to

6         make any diagnoses.

7    Q.   And when you look at a slide, are you looking at just

8         random selected sections of the slide or do you have some

9         other procedure?

10   A.   Routinely when looking at tissue on a slide like

11        Dr. Peterson held up and showed you earlier, it's a piece

12        of tissue with a lot of little cells, so you have to scan

13        thoroughly throughout the whole slide.  It's your

14        obligation as a pathologist to make sure that you look at

15        all the tissue on a slide, that can take time.

16             You can do that at low power so it looks a little

17        further away.  And if there's an area of interest,

18        something that you want to look at a higher power, you

19        can focus in on that at a higher power, but you scan

20        through all the tissue on the slide.

21   Q.   When you're looking at it at the -- I guess it will be a

22        lower power, a larger area, examining this kind of

23        tissue, I'm trying to get an understanding for whether

24        you are looking at a big chunk of what's on the slide or

25        just a tiny fraction of it?

```
 1    A.    The ultimate goal is to review all of the tissue, but in
 2          one focus you're looking at a small part of that tissue
 3          just because that's the field, and that side of that
 4          field depends on if you're looking at 40X or 20X power
 5          magnification of the field that you're looking at.
 6    Q.    How do you know if you're looking at all of what is under
 7          the microscope on that slide?
 8    A.    You should be able to tell if you are within the whole
 9          tissue by the cells that are there and the order of the
10          tissue, et cetera.
11    Q.    And did you review all of each of these slides?
12    A.    Yes.
13    Q.    What did you see or conclude based on your microscopic
14          examination of the slide?
15    A.    The majority of the organs that were examined had
16          prominent vascular congestion, which basically means the
17          vessels in each tissue were very full of red blood cells,
18          a lot of them, and we don't always see that in every
19          case.  We also saw a lot of pigmented cells in the lungs
20          which were there on the first autopsy report as well.
21    Q.    Say that last part again, what type of cells?
22    A.    Pigmented cells.
23    Q.    Did you see in your observations what you believe to be
24          sickle cells?
25    A.    We saw numerous red blood cells that were dysmorphic,
```

```
 1          some of which could be called sickled.  It had a change
 2          in shape.  They weren't their usual shape, they were
 3          dysmorphic.
 4    Q.    When you say "we," first tell me what you saw?  Did you
 5          see that?
 6    A.    Yes, I saw that.
 7    Q.    When you discussed this with the consensus conference,
 8          it's your understanding that these folks had all looked
 9          at the same slides?
10    A.    They did.
11    Q.    And if you remember this particular case, how many
12          medical doctors were included in that process?
13    A.    9 to 10 between the two consensus conferences.
14    Q.    I am going to put Dr. Poulos' first autopsy report up, at
15          least a part of it.  This is from the second to the last
16          page.  It indicates the microscopic description for the
17          heart and coronary arteries and the lungs.  Are you able
18          to read it from there?
19    A.    Yes.
20    Q.    I can give you have the hard copy with the first report
21          if that would help.  This is Page 8 of the report.  Some
22          of this has been read to the jury before.  I don't know
23          that we need to read it again, but just starting with the
24          heart and coronary arteries, do you agree or disagree
25          with that description of what is seen in the microscopic
```

```
 1       examination?

 2   A.  I agree that there are numerous blood vessels that are

 3       filled with red blood cells that are different in shape

 4       or dysmorphic.  Some of those could be described as

 5       sickled.  The vessels were full, but we didn't agree with

 6       the term occluded.

 7   Q.  What does the term occluded mean to you?

 8   A.  Completely blocked off.  The vessel is completely

 9       basically like stopped off, like a cork or something

10       completely blocking it off.

11   Q.  If you assume that the term aggregate of sickled red

12       blood cells means thrombi, do you agree with that

13       description?

14   A.  I agree that there are aggregates of red blood cells.  I

15       don't agree that they are formed in the thrombi.  I don't

16       see the elements of what a true thrombus is made of in

17       these slides.

18   Q.  Anything else in the heart or coronary artery section

19       that you agree or disagree with or have you covered that?

20   A.  I think we covered it, sir.

21   Q.  Let's get the lungs up separately here.

22            With respect to the lungs -- I guess I get two or

23       three tries with my iPad.  If I don't get it right, then

24       it kicks me out.  I'm trying to explain to the jury why I

25       have handed the iPad to my assistant to get it back.
```

```
 1              Under the lung section, can you tell us what
 2         you agree with or disagree with?
 3    A.   I agree with the marked vascular congestion and that
 4         there are aggregate of cells that I describe as
 5         dysmorphic, some of which do appear somewhat sickled, but
 6         they're all changed in shape.
 7              I also agree with the statement in the initial
 8         report saying that there were numerous pigment-laden
 9         macrophages.
10    Q.   Now is this something different than what has been
11         written for the heart and coronary arteries?
12    A.   Yes, the last statement about the pigment-laden
13         macrophages is different.
14    Q.   And what does that matter do?
15    A.   Macrophages are basically like kind of clean-up cells.
16         They come in and eat up all the different junk, so they
17         kind of have pigments in them, and you can see them in
18         various organs in the body, but in the lungs they can be
19         associated to smoking, for example.
20              They can be associated -- they can sometimes be
21         called heart failure cells, but they are often associated
22         with smoking.
23    Q.   Is this a different issue than the question of whether
24         any cells were sickled or dysmorphic?
25    A.   Yes.
```

1   Q.   Did this statement suggest any possible concern with
2        respect to cause of death for you?
3   A.   No.
4   Q.   Let's go to the last page where we have a description for
5        several organs.  It may not be readable from the jury's
6        distance, but we'll put it up here in one screen.
7             Can you summarized the extent to which you agree or
8        disagree with the findings of Dr. Poulos concerning the
9        other organs?
10  A.   I agreed with the evaluation of the liver and pancreas,
11       and the same comment came up before with the spleen and
12       kidneys.  Particularly we disagree with the use of the
13       word distension in describing the vascular in the spleen.
14            There was congestion, so if you have a vessel with
15       a -- if you have a vessel with a lumen, it can be full.
16       The lumen can be full of a substance such as red blood
17       cells.
18            If it were to be distended, think of the lumen or
19       the outer part being stretch.  He didn't experience that.
20       There was a congestion -- or inside of the lumen was full
21       of red blood cells that had different shapes, but I did
22       not appreciate that the actual vessel was stretched like
23       an elastic or distended.
24  Q.   Now, I'll put this section up we've been discussing up on
25       the screen.  The statement as to the liver, does that

| | | |
|---|---|---|
| 1 | | suggest that there was not the same kind of aggregation |
| 2 | | of sickle cells in the liver that there was in other |
| 3 | | organs? |
| 4 | A. | Yes. |
| 5 | Q. | Did you agree or disagree with that? |
| 6 | A. | I agreed. |
| 7 | Q. | The spleen then has a reference to the marked vascular |
| 8 | | distension by aggregates of sickly red blood cells. |
| 9 | | Other than the disagreements you've already referenced, |
| 10 | | did you agree in a sense that the cells in the spleen |
| 11 | | seem to be -- the red blood cells seem to be different |
| 12 | | than in the liver? |
| 13 | A. | Yes. |
| 14 | Q. | The pancreas is listed as not demonstrating significant |
| 15 | | pathologic changes, do you agree with that? |
| 16 | A. | Yes. |
| 17 | Q. | Kidneys, now again as to the kidneys, it is indicated |
| 18 | | that they are remarkable for aggregates of sickled red |
| 19 | | blood cells, occluding numerous vascular spaces. Other |
| 20 | | than the issues that were already addressed about |
| 21 | | occlusion and whether they were sickled or not, did you |
| 22 | | agree that there was a difference between -- for the red |
| 23 | | blood cells in the kidneys as opposed to the liver? |
| 24 | A. | Yes. |
| 25 | Q. | The central nervous system, do you understand what the |

```
 1        area of the body Dr. Poulos was referring to in this
 2        section?
 3   A.   Yes.
 4   Q.   And what does that include?
 5   A.   Central nervous system consist of the brain, the spinal
 6        cord.
 7   Q.   Did you agree that there were dysmorphic red blood cells
 8        in the central nervous system?
 9   A.   Yes.
10   Q.   At the second case conference, the second consensus
11        conference, what was your opinion as to cause of death?
12   A.   My opinion was based on everything reviewed, it was
13        undetermined due to the fact that we could not pinpoint
14        one single cause of death.
15   Q.   Did you present that opinion to the others at the
16        conference, is that how this would work?
17   A.   Yes.
18   Q.   What was the opinion of the consensus conference?
19   A.   The unanimous opinion was undetermined as well.
20   Q.   Either before or after the second conference, had any
21        other causes of death besides sickle cell crisis of some
22        sort been considered?
23   A.   They had been considered but ruled out by the expanded
24        toxicology panel.
25   Q.   I am going to hand you Exhibit 250.  Do you recognize
```

1   A.   There were a few issues, one of which was what we were

2        seeing microscopically.  We agreed that the cells looked

3        dysmorphic, may be described as sickling.  We could not

4        definitively conclude was that sickling due to an actual

5        problem with sickle cell trait or was it due to a

6        postmortem heart attack, or was it due to the events that

7        did lead to Mr. Williams' death?

8             Was it due to the fact that he had a lack of oxygen?

9        Was it due to that fact that he had physiological stress?

10       Was it due to the fact that he was dehydrated?  We

11       couldn't definitively answer those questions.

12  Q.   In explaining your conclusions, does Paragraph 2 on Page

13       3 that I just highlighted for the jury explain this

14       conclusion?

15  A.   Yes.

16  Q.   Why don't you just read that paragraph which continues on

17       the next page, but read the portion that the jury is

18       looking at.

19  A.   "After review of the microscopic slides, the Office of

20       the Armed Forces Medical Examiner agrees with the

21       diagnosis of vascular congestion, but cannot comment on

22       the significance of the dysmorphic red blood cells within

23       the vessels of multiple organs.  No true/distinct thrombi

24       with fibrin strands are identified in any of the

25       histologic sections examined.  The significance of the

```
 1        dysmorphic red blood cells in post mortem histology is
 2        difficult to discern.
 3             The red blood cells may appear 'sickled' or
 4        'dysmorphic' due to postmortem artifact or underlying
 5        disease.  The exact cause of the dysmorphic red blood
 6        cells in this specific case is unknown based on the
 7        amount of information reviewed and the decedent's history
 8        of Sickle Cell Trait.  The decedent's diagnosis of sickle
 9        cell trait should be considered as a contributing factor,
10        but it is difficult to discern the exact cause of death
11        based on the investigative" --
12   Q.   I need to go to the next page, and I probably should have
13        told the jury before that while there may be some
14        descriptions on the exhibits likes these autopsy reports
15        and Dr. Briones' report, you'll have access to these, so
16        you don't need to try to take down notes while we're
17        doing this.  You'll be able to have this to review later.
18             Let's go to the continuation of this paragraph on
19        the next page.  You have the hard copy in front of you
20        doctor, correct?
21   A.   Yes, sir.  Do you want me to continue?
22   Q.   Just a moment.  Go ahead and read the next paragraph, the
23        continuation of same paragraph.
24   A.   -- "investigative autopsy, and toxicology findings
25        reviewed.  Review of the medical records, autopsy reports
```

```
 1        and microscopic slides did not reveal a chronic pattern
 2        of sickle crises as may be evidenced by frequent
 3        hospitalizations or organ damage.  Because death itself
 4        involves hypoxia, hypoperfusion, and other processes that
 5        could initiate sickling, differentiating whether sickling
 6        occurred in the immediate ante mortem period or in the
 7        postmortem period is difficult.  Other circumstances such
 8        as exertion, physiologic stress, dehydration, altitude,
 9        asthma, and other comorbidities may cause red blood cells
10        to appear dysmorphic even in cases of individuals who do
11        not have a history of sickle cell trait.  It can be
12        difficult to discern whether the decedent's sickle cell
13        trait or other factors may have caused red blood cells to
14        appear dysmorphic in this case."
15   Q.   I think we may be operational again.  I wanted to ask you
16        about something that was written in the first part of
17        that paragraph.  Where it says "no true/distinct thrombi
18        with fibrin strands," what do you mean by that, and what
19        is the significance of that?
20   A.   Fibrin strands are -- you can think of them as glue that
21        kind of make a blood clot stick together.  So when
22        someone describes an aggregate of blood cells, you could
23        have a bunch of red blood cells where they're kind of
24        just together but not stuck together like glued together.
25             When you have a true blood clot which can be seen,
```

40

```
 1          you can have fibrin strands which organize and kind of
 2          hold those red blood cells together like glue.
 3     Q.   How does the term thrombi compare with the more common
 4          sense or common analogy term like clot?
 5     A.   People think of thrombi as perhaps smaller clots, but
 6          they are thought of as clots, blood clots basically.
 7     Q.   And to be in your view a true or distinct thrombi, does
 8          that require fibrin strands?
 9     A.   It is a disputed issue, but yes.
10     Q.   As applied to this case, what is the significance of your
11          statement that no true thrombi with fibrin strands are
12          identified?
13     A.   Although there was vascular congestion, we did not see
14          blood clots or thrombi that blocked off the tissues, the
15          vessels from getting oxygen to the tissues such as the
16          spleen or other organs.  If that were to happen,
17          especially someone who may have had repeated crises, you
18          could see an organ damage because the oxygen didn't get
19          to those organs because of a clot, for example.
20     Q.   The next sentence that you read earlier, does that
21          identify a different problem and that is distinguishing
22          between dysmorphic red blood cells or sickle cells that
23          may have occurred after death as opposed to before death?
24     A.   Yes.
25     Q.   And what is your understanding of that issue?
```

1     packing of distended hepatic sinuousoids (phonetic) by
2     dense plugs of sickled erythrocytes is the most reliable
3     indicator of an ante mortem process.  Do you remember you
4     read that this morning?
5  A.  Yes.
6  Q.  What is your opinion as to how this article and this
7     particular section bears on the question of whether
8     pathologist are able to distinguish generally between
9     sickling after death and sickling before death?
10 A.  I think this is one article that refers to one organ
11    specifically here, the liver, that they're referring to,
12    they're kind of using it as a guideline.  I think that
13    there are a lot of new studies in the works, this one is
14    dated 2009.  There are some that are more current
15    articles that have already been referred to.
16         Again this topic is something to consider, to use as
17    a tool, for example, as this article says to help you try
18    to make a decision, but it is not a clear cut if you have
19    distended vasculature in the liver, then it's obviously
20    an ante mortem event.
21 Q.  This article as citing some other authors indicates that
22    this might be the most reliable indicator of the before
23    death process.  Are you aware of any studies that have
24    been done that indicates any other indicators of
25    distinguishing between ante mortem and postmortem

1    sickling?

2    A.   Some of the other studies have been referred to earlier,

3         the Kark studies have done -- I don't know the details of

4         all of those studies, but there are a lot of studies in

5         the works because this is such a precarious issue that

6         people are trying to find a way to better represent when

7         sickling occurs.

8    Q.   And aside from perhaps in cases like this, helping

9         someone decide what the cause of death is, is this

10        important in trying to figure out the extent of the risks

11        that someone with sickle cell trait has of suffering a

12        sickling of the cells that's important, not just after

13        death as a consequence of death, but something that might

14        be a medically important event before death?

15   A.   I'm sorry, I'm not sure I understand the question.

16   Q.   I'm not sure I did either.

17             You have referred to this as being somewhat

18        controversial in the medical profession.  Is this just a

19        question of controversy over determining whether people

20        have died of sickle cell crisis in a person with sickle

21        cell trait or does it go beyond that?

22   A.   I believe it goes beyond that, it's determining the

23        significance of finding dysmorphic or sickled red blood

24        cells on slides in autopsy reviews.

25   Q.   In addition to the conclusion that the cause of death was