# Roger A. Clark
## Police Procedures Consultant, Inc.
10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

May 5, 2017

Mr. Ben H. Elson, Esq.
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642

*Regarding:*    *Estate of Derek Williams, et al, v. City of Milwaukee, et al. Case No. 2:16-cv-00869.*

Dear Mr. Elson:

My fee schedule is as follows:
- Travel time at the rate of $50.00 per hour.
- (Travel via automobile to and from San Diego to Los Angeles 8 hours $400.00)
- All case review, consulting, and writing of expert opinions (such as Rule 26 reports) at $250.00 per hour.
- All testimony (either at trial or deposition) at $350.00 per hour, with a two hour minimum required.
- A retainer fee of $3,500.00 when initially retained will be used against the above listed fees. Subsequent billings at the rates specified.
- A "rush fee" of $500.00 for work required less than three weeks from notice/retention.
- An invoice will be submitted periodically upon request reflecting the activities and charges associated with the account. Payment is due upon receipt of the invoice.

There is no formal contract required. My Federal Tax ID Number is **72-1576857**.

Sincerely,

*Roger A. Clark*
Roger A. Clark

**EXHIBIT RC 3**