# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 13, 2018

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-3632
>
> Caption:
> ESTATE OF DEREK WILLIAMS, JR., deceased, by Sharday Rose,
> Special Administrator, et al.,
> Plaintiffs - Appellees
>
> v.
>
> JEFFREY CLINE, et al.,
> Defendants - Appellants
>
> District Court No: 2:16-cv-00869-JPS
> District Judge J. P. Stadtmueller
> Clerk/Agency Rep Stephen C. Dries
>
> Date NOA filed in District Court: 12/13/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)